UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NNABUGWU GOGOH, | X | |
| Petitioner. | X | |
| | X | |
| -vs- | X | No: 1:CV.00-1211 |
| | X | ( JUDGE RAMBO ) |
| JANET RENO, et al., | X | |
| Respondent. | X | |

## MOTION FOR STAY OF DEPORTATION

   **Now Comes**, Nnabugwu Gogoh, petitioner, pro se, hereby moves this honorable court to grant a stay of deportation.

   In a decision dated November 17, 2000, the BIA dismissed petitioner's appeal of the Immigration Judge's order of removal. However, at the time of the Immigration Judge's decision, petitioner was not aware of any available and or applicable form of relief, and thus did not make an application

   Upon further reflection and consideration, petitioner has realized the availability as well as his eligibility for relief in the form of Withholding of Removal and has duly filed a motion to re-open and remand with the BIA. Furthermore, petitioner has newly filed supplemental motion for habeas review challenging his conviction of an aggravated felony, to be attached to this instant petition.

   **Wherefore**, for the foregoing reasons, petitioner prays that this honorable court order:

1. Grant a stay of deportation and;

2. order BIA to re-open removal proceedings and remand for the purpose of application for Withholding.

Dated: 24th, November, 2000.

Respectfully Submitted,

NNABUGWU GOGOH
A# 34-269-959
INS DETAINEE
& YORK COUNTY PRISON
3400 CONCORD ROAD
YORK, PA 17402

cc:
   MS. ANNE K. FIORENZA
   ASST. U.S. ATTORNEY
   P.O. BOX 11754
   HARRISBURG, PA 17108-1754

## CERTIFICATE OF SERVICE

I certify that on *November 24th*, 200*0*, I mailed a copy of this brief and all attachments via first class mail, to the following parties at the address listed below:

<u>MOTION FOR STAY OF DEPORTATION</u>

MS. ANNE K. FIORENZA
ASST. U.S. ATTORNEY
P.O. BOX 11754
HARRISBURG, PA  17108-1754

<u>PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS</u>

I certify that this documents was given to prison officials on this *24th* day of *November*, 200*0*, for forwarding to the MS. ANNE K. FIORENZA
P.O. BOX 11754 - HARRISBURG, PA    17108-1754.

I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

A# 34 - 269 - 959
YORK COUNTY PRISON
3400 CONCORD ROAD
YORK, PA  17402

Dated this *24th* day of *November*, 200*0*.