UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NNABUGWU GOGOH, | |
| Petitioner. | |
| -vs- | No.: 1:CV.00-1211 |
| | ( JUDGE RAMBO ) |
| JANET RENO, et al., | |
| Respondent. | |

## SUPPLEMENTAL MOTION FOR HABEAS CORPUS
## REVIEW PURSUANT TO 28 U.S.C. 2241

**Now Comes**, Nnabugwu Gogoh, petitioner, pro se, hereby respectfully moves this honorable court to accept his motion for habeas corpus review. In the November 17, 2000 decision, the Board of Immigration Appeals (BIA) ruled that petitioner be removed as an alien who has been convicted of an aggravated felony. However, petitioner continues to refute the applicability of the BIA's reliance on a state level offense case decision, in deciding a federal level offense case. Subsequently, petitioner has filed a motion with the BIA to re-open and remand his case for an application for Withholding of Removal as well as this instant motion for habeas corpus review, challenging his aggravated felony conviction.

Dated: 24, November, 2000.

Respectfully Submitted,

NNABUGWU GOGOH

## CERTIFICATE OF SERVICE

I certify that on _November 24th_, 200_0_, I mailed a copy of this brief and all attachments via first class mail, to the following parties at the address listed below:

SUPPLEMENTAL MOTION FOR HABEAS CORPUS
REVIEW PURSUANT TO 28 U.S.C. 2241

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA  17101

ATTN: OFFICE OF THE CLERK

PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

I certify that this documents was given to prison officials on this _24th_ day of _November_, 200_0_, for forwarding to the UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANIA - 228 WALNUT STREET PA 17101.

I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

A# 34 - 269 - 959
YORK COUNTY PRISON
3400 CONCORD ROAD
YORK, PA  17402

Dated this _24th_ day of _November_, 200_0_.