FILED
SCRANTON

JAN -8 2001

PER _____
DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
United States Courthouse
235 North Washington Avenue
Scranton, PA 18501-1198

Re: 00 CV -1211
Gogoh v Reno

January 4, 2001

Dear Sir/Madam,

I am the petitioner in the above captioned case and I am writing so as to receive an update. As of November 24, 2000, a motion for Stay of Deportation was filed as well as a Supplemental Motion for Habeas Review and neither have been responded to. Hopefully you may be able to bring me up to date as to any and all developments.

Sincerely Yours
Unabuguri Gogoh 55247
York County Prison
3400 Concord Road
York PA 17402