

Nnabugwu Gogoh
CTY-YORK
York County Prison
3401 Concord Road
York, PA  17402


Re: 1:00-cv-01211

------------------------------


------------------------------

Please file all pleadings directly with the Clerk's Office in which
the assigned Judge is located.  Do not file any courtesy copies
with the Judge's Chambers.

JUDICIAL OFFICERS:                        CLERK'S OFFICE ADDRESS:

Judge Sylvia H. Rambo                     U.S. District Court
Judge Yvette Kane                            228 Walnut Street
Judge William W. Caldwell                 P.O. Box 983
Magistrate Judge J. Andrew Smyser         Harrisburg, PA  17108

------------------------------------------------------------------

Chief Judge Thomas I. Vanaskie            U.S. District Court
Judge A. Richard Caputo                   235 N. Washington Ave.
Judge James M. Munley                        P.O. Box 1148
Judge William J. Nealon                   Scranton, PA  18501
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mannion
Magistrate Judge Thomas M. Blewitt

------------------------------------------------------------------

Judge James F. McClure                    U.S. District Court
Judge Malcolm Muir                        240 West Third Street
                                          Suite 218
                                          Williamsport, PA  17701

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NNABUGWU GOGOH,                    :    CIVIL ACTION NO. 1:CV-00-1211
                                   :
           Petitioner              :
                                   :
     .v.                           :
                                   :
JANET RENO, et al.,                :    (Judge Rambo)    FILED
                                   :                     HARRISBURG, PA
           Respondent              :
                                                         MAY 16 2001

                                                         MARY E. D'ANDREA, CLERK
                O R D E R                                 Per_____
                                                               Deputy Clerk

    NOW, THIS 16th DAY OF MAY, 2001, upon consideration of the

facts that: (1) the above captioned petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241 was filed by Nnabugwu Gogoh while a

detainee of the Immigration and Naturalization Service ("INS") being

held at the York County Prison, York, Pennsylvania; (2) in the instant

petition Gogoh sought nominal bail pending deportation; (3) in a

decision dated November 17, 2000, the Board of Immigration Appeals

(BIA) ruled that Petitioner be removed as an alien who has been

convicted of an aggravated felony;    (4) on November 27, 2000,

Petitioner filed a supplemental motion for habeas corpus review

pursuant to 28 U.S.C. §2241 and a motion for stay of deportation;    (5)

this court sua sponte contacted the prison and was informed that on

April 25, 2001, the District Director released Gogoh from custody on

parole; (6) no forwarding address for Gogoh has been provided to this

court; (7) Gogoh has obtained relief greater than he sought in his

original petition filed with this court, **IT IS HEREBY ORDERED THAT:**

1.  The petition for writ of habeas corpus is dismissed as

    moot.

2.  Petitioner's motion for stay of deportation, (Doc. No. 8)

    is denied because Petitioner is currently utilizing his

    administrative remedies having filed a motion with the

    BIA to re-open and remand his case.

3.  Petitioner's supplemental motion for habeas corpus, (Doc.

    No. 9) is denied.    Petitioner is challenging his

    underlying aggravated felony conviction and, therefore,

    should file a §2255 petition in the district in which he

    was convicted.

4.  The Clerk of Court is directed to close this case.


SYLVIA H. RAMBO
United States District Judge

SR:alp